**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**

In re:                                              §
                                                    §
GREGOR, BEVERLY                                     §        Case No. 10-17089
                                                    §
                            Debtor(s)               §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on             .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was               . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $          . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $          , for a total compensation of $         2.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $        2.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GINA B. KROL_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

2 If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No: | 10-17089 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | GREGOR, BEVERLY | | |

For Period Ending: 11/27/12

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 04/18/10 (f) |
| 341(a) Meeting Date: | 06/29/10 |
| Claims Bar Date: | 04/25/11 |

**Exhibit A**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condominium Location: 7303 Grand Avenue # 205, Dow | 130,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Checking account at Charter One Bank, Downers Grov | 600.00 | 0.00 | | 0.00 | 0.00 |
| 3. household goods Location: 7303 Grand Avenue # 205, | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. 1998 Buick LeSabre Custom Location: 7303 Grand Ave | 2,400.00 | 0.00 | | 0.00 | 0.00 |
| 5. 2 cats and 2 chinchillas | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6. 2132 Shares of Campell Stock | 76,752.00 | 49,236.00 | | 7,800.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.86 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $211,852.00 | $49,236.00 | | $7,800.86 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Trustee to review claims and prepare TFR


Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 12/31/12


    /s/    GINA B. KROL

_____ Date: _____

    GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

LFORM1

Ver: 17.00b

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

**Exhibit B**

| | |
|---|---|
| Case No: | 10-17089 -DRC |
| Case Name: | GREGOR, BEVERLY |
| | |
| Taxpayer ID No: | *******9256 |
| For Period Ending: | 11/27/12 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0329  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,687.72 | | 7,687.72 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.74 | 7,682.98 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.90 | 7,678.08 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,687.72 | 9.64 | 7,678.08 |
| Less:  Bank Transfers/CD's | 7,687.72 | 0.00 | |
| Subtotal | 0.00 | 9.64 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9.64 | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

Page Subtotals          7,687.72          9.64

Ver: 17.00b

LFORM24

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   2

| | |
|---|---|
| Case No: | 10-17089 -DRC |
| Case Name: | GREGOR, BEVERLY |
| Taxpayer ID No: | *******9256 |
| For Period Ending: | 11/27/12 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4027  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

**Exhibit B**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/18/11 | 6 | Equities First Holdings LLC<br>10 W. Market Street<br>Suite 3050<br>Indianapolis, IN 46204 | Stock | 1129-000 | 7,800.00 | | 7,800.00 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 7,800.02 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,800.09 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,800.15 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,800.22 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.94 | 7,790.28 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,790.34 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.60 | 7,780.74 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,780.80 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.59 | 7,771.21 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,771.28 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.19 | 7,761.09 |
| 02/06/12 | 000301 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | BOND<br>BOND | 2300-000 | | 7.00 | 7,754.09 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,754.15 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.22 | 7,744.93 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,744.99 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.52 | 7,735.47 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,735.54 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.83 | 7,725.71 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,725.78 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.82 | 7,715.96 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,716.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.17 | 7,706.85 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,706.92 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.11 | 7,696.81 |

| | | | | | Deposits | Disbursements | |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 7,800.80 | 103.99 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Ver: 17.00b

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

| Case No: | 10-17089 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | GREGOR, BEVERLY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4027  BofA - Money Market Account |
| Taxpayer ID No: | *******9256 | | | |
| For Period Ending: | 11/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,696.87 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 9.15 | 7,687.72 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,687.72 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 7,800.86 | 7,800.86 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 7,687.72 | |
| | Subtotal | 7,800.86 | 113.14 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 7,800.86 | 113.14 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********0329 | 0.00 | 9.64 | 7,678.08 |
| BofA - Money Market Account - ********4027 | 7,800.86 | 113.14 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,800.86 | 122.78 | 7,678.08 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/      GINA B. KROL

Trustee's Signature: _____ Date: 11/27/12

GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

Page Subtotals            0.06            7,696.87

Ver: 17.00b

LFORM24

| | | | EXHIBIT A | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 27, 2012 |

Case Number:  10-17089  
Debtor Name:   GREGOR, BEVERLY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2700-00 | Clerk of US Bankruptcy Court 219 So. Dearborn St. Chicago, IL 60604 | Administrative | | $250.00 | $0.00 | $250.00 |
| 099 8100-00 | Beverly Gregor 7303 Grand Ave., #205 Downers Grove, IL 60516 | Administrative | | $1,900.00 | $0.00 | $1,900.00 |
| 040 3120-00 | Cohen & Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Administrative | | $4,799.25 | $0.00 | $4,799.25 |
| 040 3120-00 | Cohen & Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Administrative | | $102.61 | $0.00 | $102.61 |
| BOND 999 2300-00 | International Sureties Suite 420 701 Poydras St. New Orleans, LA  70139 | Administrative | | $7.00 | $7.00 | $0.00 |
| 000001 070 7100-90 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $14,372.03 | $0.00 | $14,372.03 |
| 000002 070 7100-90 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $8,224.58 | $0.00 | $8,224.58 |
| 000003 070 7100-90 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $8,533.86 | $0.00 | $8,533.86 |
| 000004 070 7100-90 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $14,169.23 | $0.00 | $14,169.23 |
| 000005 070 7100-90 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $11,033.98 | $0.00 | $11,033.98 |
| 000006 070 7100-90 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $5,408.62 | $0.00 | $5,408.62 |
| 000007 070 7100-90 | FIFTH THIRD BANK POST OFFICE BOX 829009 DALLAS, TEXAS 75382 | Unsecured | | $11,023.32 | $0.00 | $11,023.32 |
| | Case Totals: | | | $79,824.48 | $7.00 | $79,817.48 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-17089
Case Name: GREGOR, BEVERLY
Trustee Name: GINA B. KROL

Balance on hand                                                     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Charges: Clerk of US Bankruptcy Court | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses           $_____

Remaining Balance                                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

Debtor is receiving a payment of $1,900.00 for her exemption in stock sold by the Trustee.

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000006 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | FIFTH THIRD BANK POST OFFICE BOX 829009 DALLAS, TEXAS 75382 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE