UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
GREGOR, BEVERLY                     §       Case No. 10-17089
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          KENNETH S. GARDNER
          219 S. Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/11/2013 in Courtroom 4016,
          DuPage County Courthouse
          505 N. County Farm Rd.
          Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/17/2012            By: 5_____
                                       Clerk of US Bankruptcy Court


GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
GREGOR, BEVERLY § Case No. 10-17089
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,800.86 |
| and approved disbursements of | $ | 122.78 |
| leaving a balance on hand of[1] | $ | 7,678.08 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,530.09 | $ 0.00 | $ 1,315.07 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,799.25 | $ 0.00 | $ 4,124.82 |
| Charges: Clerk of US Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: International Sureties | $ 7.00 | $ 7.00 | $ 0.00 |
| Other: Cohen & Krol | $ 102.61 | $ 0.00 | $ 88.19 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,778.08 |
| Remaining Balance | $ | 1,900.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 72,765.62 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 14,372.03 | $ 0.00 | $ 0.00 |
| 000002 | Chase Bank USA, N.A. | $ 8,224.58 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. | $ 8,533.86 | $ 0.00 | $ 0.00 |
| 000004 | Chase Bank USA, N.A. | $ 14,169.23 | $ 0.00 | $ 0.00 |
| 000005 | Chase Bank USA, N.A. | $ 11,033.98 | $ 0.00 | $ 0.00 |
| 000006 | Chase Bank USA, N.A. | $ 5,408.62 | $ 0.00 | $ 0.00 |
| 000007 | FIFTH THIRD BANK | $ 11,023.32 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $                 0.00

Remaining Balance                                          $             1,900.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                              Case No. 10-17089-DRC
Beverly Gregor                                                      Chapter 7
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: arodarte              Page 1 of 2              Date Rcvd: Dec 18, 2012
                               Form ID: pdf006             Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2012.
db          +Beverly Gregor,    7303 Grand Avenue # 205,   Downers Grove, IL 60516-4136
15431072    +AT&T Universal Card,   Citi Bank,   PO Box 6500,   Sioux Falls, SD 57117-6500
15431073     Bank of America,   PO Box 5770,   Simi Valley, CA 93062
15431076    +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
15431077    +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
16796834     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15873387    +Equities First Holdings, LLC,   10 West Market Street, Suite 3050,   Indianapolis, IN 46204-2985
15431079   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   38 Fountain Square Plaza,   Cincinnati, OH 45263)
16832739    +FIFTH THIRD BANK,   POST OFFICE BOX 829009,   DALLAS, TEXAS 75382-9009
15431080    +GM Card HSBC,   PO Box 80082,   Salinas, CA 93912-0082
15431081    +HSBC,   P.O. Box 3425,   Buffalo, NY 14240-3425
15431082    +HSBC,   PO Box 81622,   Salinas, CA 93912-1622
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17171131     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 19 2012 03:04:46
             FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15431075*    Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
15431078*    Chase,   PO Box 15298,   Wilmington, DE 19850-5298
15431074   ##+Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
                                                                                              TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2012**              **Signature:**          _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: arodarte              Page 2 of 2                  Date Rcvd: Dec 18, 2012
                              Form ID: pdf006             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2012 at the address(es) listed below:
         Ben T Caughey    on behalf of Defendant    Equities First Holdings, LLC ben.caughey@icemiller.com
         Gina B Krol    gkrol@cohenandkrol.com,
          gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
         Gina B Krol    on behalf of Trustee Gina B Krol kingkrol@aol.com,
          gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
         Gina B Krol, ESQ    on behalf of Plaintiff Gina B Krol, Trustee gkrol@cohenandkrol.com,
          jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
         Joseph E Cohen    on behalf of Plaintiff Gina B Krol, Trustee jcohen@cohenandkrol.com,
          jcohenattorney@aol.com;gkrol@cohenandkrol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         R. Daniel Lyons    on behalf of Debtor Beverly  Gregor rdaniellyons@sbcglobal.net,
          rdaniellyons@comcast.net;rdaniellyons@aol.com
         Yan  Teytelman    on behalf of Plaintiff Gina B Krol, Trustee yan@ytlawfirm.com,
          law_4321@yahoo.com
         Yan  Teytelman    on behalf of Trustee Gina B Krol yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                                                              TOTAL: 9