# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                   §
                                         §
GREGOR, BEVERLY                          §      Case No. 10-17089
                                         §
        Debtor(s)                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                            Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:            Claims Discharged
                                             Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $               (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                    .  The case was pending for      months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL _____

                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Beverly Gregor | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 5770 Simi Valley, CA 93062 | | | | | |
| | Bank of America PO Box 5770 Simi Valley, CA 93062 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF US BANKRUPTCY COURT | | | | | |
| COHEN & KROL | | | | | |
| GINA KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal Card Citi Bank PO Box 6500 Sioux Falls, SD 57117 | | | | | |
| | Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America PO Box 15026 Wilmington, DE 19850 | | | | | |
| | Capital One PO Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Fifth Third Bank 38 Fountain Square Plaza Cincinnati, OH 45263 | | | | | |
| | GM Card HSBC PO Box 80082 Salinas, CA 93912 | | | | | |
| | HSBC P.O. Box 3425 Buffalo, NY 14240 | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | FIFTH THIRD BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-17089   DRC   Judge: Donald R. Cassling | |
| Case Name: | GREGOR, BEVERLY | |
| For Period Ending: 12/09/13 | | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 04/18/10 (f) |
| 341(a) Meeting Date: | 06/29/10 |
| Claims Bar Date: | 04/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condominium Location: 7303 Grand Avenue # 205, Dow | 130,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Checking account at Charter One Bank, Downers Grov | 600.00 | 0.00 | OA | 0.00 | FA |
| 3. household goods Location: 7303 Grand Avenue # 205, | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 1998 Buick LeSabre Custom Location: 7303 Grand Ave | 2,400.00 | 0.00 | OA | 0.00 | FA |
| 5. 2 cats and 2 chinchillas | 100.00 | 0.00 | OA | 0.00 | FA |
| 6. 2132 Shares of Campell Stock | 76,752.00 | 49,236.00 | | 7,800.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.86 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $211,852.00         $49,236.00                         $7,800.86         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TDR

October 17, 2013, 02:23 pm

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 12/31/12

/s/      GINA B. KROL

_____ Date: 12/09/13

GINA B. KROL

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 10-17089 -DRC |
| Case Name: | GREGOR, BEVERLY |
| | |
| Taxpayer ID No: | *******9256 |
| For Period Ending: | 12/09/13 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0329  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

**Exhibit 9**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,687.72 | | 7,687.72 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.74 | 7,682.98 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.90 | 7,678.08 |
| 01/09/13 | 030001 | Clerk of US Bankruptcy Court 219 So. Dearborn St. Chicago, IL 60604 | Deferred Filing Fee | 2700-000 | | 250.00 | 7,428.08 |
| 01/09/13 | 030002 | Beverly Gregor 7303 Grand Ave., #205 Downers Grove, IL 60516 | Exemption Claim | 8100-002 | | 1,900.00 | 5,528.08 |
| 01/09/13 | 030003 | Cohen & Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Attorneys Fees | 3110-000 | | 2,749.88 | 2,778.20 |
| 01/09/13 | 030004 | Cohen & Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Attorney's Expenses | 3120-000 | | 88.19 | 2,690.01 |
| 01/09/13 | 030005 | Gina Krol 105 W. Madison Chicago, IL 60602 | Attorneys fees per court order | 3110-000 | | 1,374.94 | 1,315.07 |
| 01/09/13 | 030006 | GINA B. KROL 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 1,315.07 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,687.72 | 7,687.72 | 0.00 |
| Less: Bank Transfers/CD's | 7,687.72 | 0.00 | |
| Subtotal | 0.00 | 7,687.72 | |
| Less: Payments to Debtors | | 1,900.00 | |
| Net | 0.00 | 5,787.72 | |

| | | |
|---|---|---|
| Page Subtotals | 7,687.72 | 7,687.72 |

Ver: 17.04a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-17089 -DRC |
| Case Name: | GREGOR, BEVERLY |
| Taxpayer ID No: | *******9256 |
| For Period Ending: | 12/09/13 |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | **Exhibit 9** |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******4027  BofA - Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/18/11 | 6 | Equities First Holdings LLC<br>10 W. Market Street<br>Suite 3050<br>Indianapolis, IN 46204 | Stock | 1129-000 | 7,800.00 | | 7,800.00 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 7,800.02 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,800.09 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,800.15 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,800.22 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.94 | 7,790.28 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,790.34 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.60 | 7,780.74 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,780.80 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.59 | 7,771.21 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,771.28 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.19 | 7,761.09 |
| 02/06/12 | 000301 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | BOND<br>BOND | 2300-000 | | 7.00 | 7,754.09 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,754.15 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.22 | 7,744.93 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,744.99 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.52 | 7,735.47 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,735.54 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.83 | 7,725.71 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,725.78 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.82 | 7,715.96 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,716.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.17 | 7,706.85 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,706.92 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.11 | 7,696.81 |
| | | | Page Subtotals | | 7,800.80 | 103.99 | |

Ver: 17.04a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-17089 -DRC | |
| Case Name: | GREGOR, BEVERLY | |
| | | |
| Taxpayer ID No: | *******9256 | |
| For Period Ending: | 12/09/13 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4027  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,696.87 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 9.15 | 7,687.72 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,687.72 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,800.86 | 7,800.86 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 7,687.72 | |
| Subtotal | 7,800.86 | 113.14 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,800.86 | 113.14 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******0329 | 0.00 | 5,787.72 | 0.00 |
| BofA - Money Market Account - *******4027 | 7,800.86 | 113.14 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,800.86 | 5,900.86 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: _____   Date: 12/09/13

/s/   GINA B. KROL

GINA B. KROL

Page Subtotals      0.06      7,696.87

Ver: 17.04a

LFORM24